AO 91 (Rev. 11/11) Criminal Complaint                                          AUSA Saqib M. Hussain (312) 353-1414

**FILED**
4/3/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SHAUN HEALY

CASE NUMBER: 23 CR 194

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning from in or around May 2022 and continuing to no later than December 21, 2022, at Elburn, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | did knowingly employ, use, persuade, induce, and entice a minor, namely Minor 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

STEVEN MORAN
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 3, 2023

_Judge's signature_

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, STEVEN MORAN, being duly sworn, state as follows:

1.     I am a Special Agent with the Homeland Security Investigations (HSI), and have been so employed since March 2020.  My current responsibilities include the investigation of child exploitation and child pornography.

2.     This affidavit is submitted in support of a criminal complaint alleging that SHAUN HEALY has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HEALY with sexual exploitation of children, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on, among other things: (a) my personal knowledge of the facts and circumstances of the investigation described below; (b) information provided by other law enforcement officers, including written and oral reports that I have received from other law enforcement officers; (c) information obtained from witnesses, including an interview of Minor 3; (d) the results of physical surveillance conducted by law enforcement; and, (e) my training and experience and

the training and experience of other law enforcement officers involved in this investigation.

## I.   FACTS ESTABLISHING PROBABLE CAUSE

### A.   Summary

4.     On December 22, 2022, SHAUN HEALY was charged in Kane County, Illinois, with one count of soliciting child pornography under 720 Illinois Complied Statute (ILCS) 5/11-20.1(a)(4), four counts of exhibiting, reproducing, and/or disseminating child pornography under 720 ILCS 5/11-20.1(a)(2), and sixteen counts of possessing child pornography under 720 ILCS 5/11-20.1(a)(6).

5.     Prior to being placed in state custody on December 21, 2022, HEALY voluntarily handed his cellular phone to local law enforcement officers (LEOs) and then voluntarily provided his passcode to unlock the phone.  This incident is preserved on body worn camera.

6.     The charges against HEALY in Kane County are based, in part, on the results of a search of HEALY's Snapchat account, "privclaudia12," conducted by investigators from the Illinois Attorney General's Internet Crimes Against Children (ICAC) Task Force on December 14, 2022 (the "Kane County warrant").  On January 31, 2023, the Honorable Sunil R. Harjani, United States Magistrate Judge for the Northern District of Illinois, authorized a subsequent search warrant of "privclaudia12," attached herein as Exhibit A (the "federal warrant").

7.     Both the Kane County and federal search of "privclaudia12" revealed sexually explicit videos of Minor 3.  In one video, Minor 3 is shown urinating into a

cup, drinking the urine from the cup, and pouring the urine onto Minor 3. In another video, Minor 3 is shown inserting a brush into Minor 3's anus, removing the brush from Minor 3's anus, and Minor 3 then licking the brush. These same videos were also found on the cellular phone HEALY handed to law enforcement on December 21, 2022.

8.      Moreover, as detailed herein, HEALY posted the $225,000 bond set for the Kane County case, and presently continues to have access to electronic devices while released on bond.

**B.      Background of the Investigation**

**1.      Illinois Investigators Contact Regarding Minor 1 and "privclaudia12"**

9.      On or about December 21, 2022, I was contacted by an investigator with the Kane County State's Attorney's Office regarding a Kane County resident using Snapchat to contact minor females in an effort to obtain explicit photos and videos of the minor females. Kane County received a lead following an investigation conducted by the Indiana State Police.

10.      According to Indiana State Police reports, on or about October 9, 2022, Indiana State Police received a call from a mother stating that her fourteen-year-old daughter ("Minor 1"), sent explicit images of herself to an unknown person on Snapchat. The mother further reported that the unknown person was using the Snapchat username "privclaudia12," and was now extorting Minor 1 for additional images. Minor 1's mother took photos of her daughter's Snapchat conversation and provided them to investigators. An excerpt of the conversation is as follows:

| privclaudia12: | You will send me nude pics and vids when ever I want |
| | And you will do what you are told in them |
| Minor 1: | Ok |
| | Will you stop sending my shit out then |
| privclaudia12: | Yes |

Photos taken by Minor 1's mother also show the "privclaudia12" stating, "Do not ignore me…that will get you posted" followed by "Ok well I warned you." The two images visible in the screenshot are of Minor 1 in her underwear. The first image is of Minor 1 in a pink bra and green underwear standing in what appears to be a bedroom. The second depicts Minor 1 in a gold bra and white underwear standing in a bathroom. The user of "privclaudia12" then sent a screenshot of Minor 1's photos uploaded to a pornography forum accompanied by the message "(Minor 1) is a good band girl, message me for her info or nudes." Included with the screenshot, the user of "privclaudia12" sent a follow-up message to Minor 1: "Shall I post it."

## 2. Identification of HEALY as the User of "privclaudia12"

11. Indiana State Police subpoenaed subscriber information for the "privclaudia12" account, which revealed that "privclaudia12" was opened using email address toughluck12@protonmail.com, phone number (331) 254-1087, and an Internet Protocol (IP) address that geo-located to Illinois.

12. Based on this information, the case was transferred to the Illinois Attorney General ICAC Task Force. Comcast records show that the IP address used to log into "privclaudia12" is address 67.184.6.185, which was used on October 6,

2022, at 13:56:02 UTC. According to Comcast, this IP address is registered to Shawn Healy at 41W838 Bowgren Drive in Elburn, Illinois, with a Comcast username "shawnhealy6509."

13.     On or about December 8, 2022, law enforcement conducted surveillance on 41W838 Bowgren Drive, a single-family residence, and observed a Ford vehicle parked in the driveway, bearing Illinois license plate AC94361, which is registered to HEALY at that address.

### C.     The Kane County Search Warrant of Snapchat User "privclaudia12"

14.     Based on this information, on or about December 14, 2022, the Honorable Kim DiGiovanni, Kane County Circuit Court Judge, issued a search warrant for the contents of "privclaudia12." Records from Snap, Inc., received in response to the search warrant show that "privclaudia12" individually communicated with several minor females. Snapchat messages show the user of "privclaudia12" received numerous nude images and videos from females appearing to be under the age of eighteen.

15.     Snapchat messages also show that the user of "privclaudia12" represented its user to be a minor female. The messages then show that the user of "privclaudia12" attempted to begin romantic relationships with some of the users who had sent images and videos. The user of "privclaudia12" then requested those users to send additional nude images of themselves to "privclaudia12". In some instances, similar to the threats made against Minor 1, the user of "privclaudia12" threatened to post the nude images that "privclaudia12" received from a minor female if the

minor female failed to comply with subsequent requests for nude images and videos from "privclaudia12."

16.     In reviewing the results of the Snapchat warrant, LEOs also discovered messages exchanged by "privclaudia12" and Snapchat user "[Minor 3 account]"[1] that contained image and video files of CSAM sent by "[Minor 3 account]" to "privclaudia12." The messages also contained communications between "[Minor 3 account]" and "privclaudia12," in which "privclaudia12" directs "[Minor 3 account]" to record and then send "privclaudia12" videos and images of "[Minor 3 account]" engaging in sexually explicit conduct. The images and videos that "[Minor 3 account]" sent to "privclaudia12" are further described herein.

### D.     Identification of Minor 3 as "[Minor 3 account]"

17.     Based on the results of the Snapchat warrant, LEOs submitted an emergency request to Snap, Inc., for the subscriber information for "[Minor 3 account]." Snap, Inc., provided the requested information, which revealed that "[Minor 3 account]" was associated with an IP address in British Columbia, Canada and internet service provider Shaw Communications, Inc. LEOs received Shaw Communications subscriber information for the IP address associated with "[Minor 3 account]", which revealed the subscribers name and address in Comox, British Columbia.

---

[1] The real Snapchat username for Minor 3 contains identifying information. "[Minor 3 account]" is used here to maintain Minor 3's anonymity.

18.     Based on this information, on or about December 21, 2022, Canadian LEOs visited the Comox address and made contact with the listed subscriber and the listed subscriber's child, Minor 3, who confirmed that Minor 3 used the Snapchat name "[Minor 3 account]."

### E.     CSAM Sent from "[Minor 3 account]" to "privclaudia12" Saved on HEALY's iPhone

19.     On December 20, 2022, the Honorable Kim DiGiovanni, Kane County Circuit Court Judge, issued a residential search warrant for HEALY's address, the home linked to the user of "privclaudia12."  ICAC investigators executed the search warrant on or about December 21, 2022, and seized multiple electronic devices from the home.  During the search warrant, HEALY voluntarily handed his cellular phone ("HEALY's iPhone") to investigators.  HEALY then voluntarily provided the passcode that unlocked HEALY's iPhone to investigators.  This sequence is preserved on officer body worn camera.

20.     A forensic examination of HEALY's iPhone was conducted by forensic examiners. During the reviews, LEOs discovered Snapchat messages exchanged by "privclaudia12" and "[Minor 3 account]" saved to a "hidden" album on the iPhoto Albums application of HEALY's iPhone.  The saved messages contained over one hundred image and video files of CSAM sent by "[Minor 3 account]" to "privclaudia12."  The messages also contained communications between "[Minor 3 account]" and "privclaudia12," in which  "privclaudia12" directs "[Minor 3 account]" to record and then send "privclaudia12" the videos and images of "[Minor 3 account]" engaging in sexually explicit conduct.

21.     For example, a video file created by "[Minor 3 account]" on August 28, 2022, is approximately fifty-six seconds in length, and depicts Minor 3 nude standing in a bathroom.  The camera is on the floor and is facing up at Minor 3.  As the video begins, Minor 3 has an empty clear glass bottle and positions it under her vagina. Minor 3 is then observed urinating into the bottle. Minor 3 then squats on the floor and holds the urine filled bottle up to the camera. Minor 3 then takes a drink of the urine and begins to vomit onto the floor. While remaining in a squatting position, Minor 3 then pours the rest of the urine over her head.

22.     Another video file created by "[Minor 3 account]" on August 28, 2022, is approximately thirty-four seconds in length, and depicts Minor 3 nude sitting on the floor in a bathroom.  The camera is on the floor and is facing Minor 3.  The video begins with Minor 3 holding a white toilet brush and putting the handle into her mouth.  Minor 3 then lays back and penetrates her anus with the handle of the toilet brush.  Minor 3 continues to penetrate her anus with the brush for several seconds. Minor 3 is observed wincing in pain throughout the duration of the video. Minor 3 then sits up and places the handle of the toilet brush back into her mouth. Minor 3 then removes the brush and states "I'm a whore who likes her ass twice clean."

23.     The forensic examination of HEALY's iPhone also revealed messages exchanged between HEALY and Minor 3.  The following messages were exchanged on December 21, 2022, at approximately 2:28 a.m., a few hours prior to ICAC investigators executing the search warrant on HEALY's residence and subsequently arresting HEALY:

privclaudia12: I miss the old you

Minor 3: I don't [Minor 3] was easy to trick and minipulate

privclaudia12: But you know me

Minor 3: Do I you always say I'm lying

privclaudia12: I miss the old submissive [Minor 3]

Minor 3: Wow not my problem you threatened me

**F.    "privclaudia12" Boasts to Snapchat User "jamessdunn.ms" about Minor 3 CSAM**

24.    Returns from both the Kane County and federal Snapchat warrants on "privclaudia12" contain multiple communications to Snapchat username "jamesdunn.ms" regarding Minor 3.    For example on November 15, 2022, "privclaudia12" messages "jamesdunn.ms," in part, as follows:

jamesdunn.ms: How else can I get them on a video call to get naked and do shit

privclaudia12: Yeah modeling is the best way for that

privclaudia12: But I do have a few girls who sent stuff vids

privclaudia12: One I made drink her own pee

jamesdunn.ms: Ahaha

jamesdunn.ms: What age?

jamesdunn.ms: Any horny lil hotties rn?

privclaudia12: all around 14

jamesdunn.ms: Nice

Later in the conversation on November 15, 2022, the following messages are exchanged:

> privclaudia12: They are all hot
>
> privclaudia12: [Minor 3] is a huge slut
>
> privclaudia12: I made [Minor 3]drink her pee
>
> privclaudia12: And fuck her ass…then lick the toy clean

### G. Audio-Video Recorded Forensic Interview of Minor 3

25.     On January 30, 2023, HSI Vancouver facilitated a forensic interview of Minor 3. Minor 3 identified the Snapchat messages between "[Minor 3 account]" and "privclaudia12" as the messages that Minor 3 exchanged with "privclaudia12." Minor 3 stated that Minor 3 began communicating with HEALY in May 2022. Minor 3 was presented with multiple Snapchat images and videos that were saved to HEALY's iPhone. Minor 3 identified Minor 3 in all of the images and videos that Minor 3 was shown. Minor 3 stated that "privclaudia12" threatened Minor 3 that if Minor 3 did not provide the CSAM videos as directed by "privclaudia12", "privclaudia12" would publish the CSAM that Minor 3 had already sent to "privclaudia12" on the Internet.

### H. HEALY's STATE CHARGES

26.     Based, in part, on the results of the Kane County warrant, on December 22, 2022, HEALY was charged in Kane County Circuit Court with one count of soliciting child pornography under 720 ILCS 5/11-20.1(a)(4), four counts of exhibiting, reproducing, and/or disseminating child pornography under 720 ILCS 5/11-20.1(a)(2), and sixteen counts of possessing child pornography under 720 ICLS 5/11-20.1(a)(6).

27.     According to Kane County Circuit Court Clerk records, HEALY's bond was set at $225,000.  HEALY posted $22,500 and was released on conditions that he surrender his passport, have no unsupervised contact with children under seventeen years old, and  not access file sharing applications, including Snapchat and Discord. Under the bond terms, HEALY may appear for court hearings remotely via video conference.

28.     According to the Kane County State's Attorney's Office, HEALY continues to have access to electronic devices while on bond.  HEALY's next court date is set for April 19, 2023.

## II.     CONCLUSION

29.     Based on the foregoing, I respectfully submit that there is probable cause to believe that from in or around May 2022 and continuing to no later than December 21, 2022, SHAUN HEALY, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction HEALY knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce, in violation of Title 18, United State Code, Sections 2251(a).

FURTHER AFFIANT SAYETH NOT.

_____

STEVEN MORAN
Special Agent, Internal Revenue Service

SWORN TO AND AFFIRMED by telephone April 3, 2023.

_____
Honorable MARIA VALDEZ
United States Magistrate Judge